No. 81–6797.   ADAMS ET AL. v. HOWERTON, ACTING DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari denied.

No. 81–6803.   SNYDER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–6804.   NEBEKER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–6806.   RICE v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 81–6810.   TROY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–6825.   QUIROS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–6845.   COMBS ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–6862.   TATUM v. BURLINGTON NORTHERN RAILROAD CO.   C. A. 8th Cir.   Certiorari denied.

No. 81–879.   UNITED STATES v. GILLESPIE.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 81–1875.   ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER v. SPIVEY.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 81–2048.   ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. MOORE.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.